# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
**FILED**
JUL 13 2007
AT_____ O'CLOCK
HON. LARRY A. KUDRLE

UNITED STATES OF AMERICA

## CRIMINAL COMPLAINT

v.

JOHN COURTNEY

CASE NUMBER: 07—M-240L AK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 11, 2007 in Clinton County in the Northern District of New York, the defendant did knowingly and intentionally Attempt to Possess with the Intent to Distribute Cocaine, a Schedule II controlled substance, in violation of Title __21__ United States Code, Sections __846 and 841(a)(1)__. I further state that I am a Special Agent with Immigration and Customs Enforcement and that this complaint is based on the following facts:

In July of 2007, a Confidential Source (CS) told me that John Courtney and others were involved in the distribution of cocaine in kilogram quantities in Clinton County, New York. CS told me that on July 11, 2007 he met with John Courtney and another and the CS agreed to sell John Courtney and others two kilograms of cocaine for $12,500 per kilogram.

On July 12, 2007, CS met with John Courtney and Courtney gave CS $7,500 as a partial payment for the two kilograms of cocaine. CS gave Courtney 2 packages of a non-controlled substance that I had given to the CS to give to Courtney as cocaine. CS gave me the $7,500 that Courtney had given to him for what Courtney believed to be cocaine.

John Courtney was observed leaving the area where the exchange of the $7,500 for the counterfeit cocaine in a blue Lumina van. The Lumina van was followed and observed parked near a wooded area. Courtney was observed coming out of the woods. The bag that had contained the counterfeit cocaine was found in the Lumina van. The counterfeit substance was not located.

Based upon my training and experience, I believe that 2 kilograms of cocaine are for distribution

Continued on the attached and made a part hereof.   _ Yes  __X__ No

Sworn to before me, and subscribed in my presence,

Charles Callioras
Special Agent
I.C.E.

__July 14, 2007__                    at     __Plattsburg New York__
Date                                         City and State

__Larry Kudrle,__
__United States Magistrate Judge - N.D.N.Y.__

Name and Title of Judicial Officer              Signature of Judicial Officer