# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK
**HON. LARRY A. KUDRLE, presiding**
**UNITED STATES MAGISTRATE JUDGE**

DATE:   July 14, 2007

TIME: _10:10 - 10:25 a.m._

TAPE:   K-181# _2818 - 3292_

COURTROOM CLERK:__LYNN BASSETT_____

INTERPRETER: _____
          (Certified / Non-certified)
LANGUAGE: _____ENGLISH_____

**UNITED STATES OF AMERICA**
          **vs.**

**DOCKET NUMBER:____07-M-240LAK_____**

_John P. Courney_____, by _____ Esq.

          __ Pub. Defender __ Retained __ CJA Assigned _X_ None Present

AUSA, ___Richard Hartunian_____, for Government

OFFICER(s):_Charles Callioras_____

_X_ DATE OF ARREST___July 12, 2007_____

_X_ INITIAL APPEARANCE          _____ REMOVAL HEARING          _____ RULE 5 DOCS RECEIVED

_X_ NEXT APPEARANCE:_____July 17, 2007 @ 2:00 pm; Judge Randolph F. Treece_____ for:

          ____ Arraignment          _____ Preliminary Hearing          _X_ Detention Hearing

          ____ Bond Hearing          _____ Removal / Identity Hearing          _____ Other:_____

_____ DEFT. APPEARS 1st time with COUNSEL          _X_ DEFT. APPEARS WITHOUT COUNSEL

_____ FINANCIAL AFFIDAVIT submitted          _____ COUNSEL to be APPOINTED BY COURT

_X_ DEFT. Advised of rights, maximum penalty stated and given a copy of:

          _X_ Complaint ____ Information ____ Indictment _____ Superseding Indictment ____ Petition/Warrant

_X_ GOVT. MOVES for DETENTION: ____ Right to Continuance _X_ Risk of Flight ____ Danger to Community

_X_ CASE assigned to JUDGE __Randolph F. Treece_____.

_X_ DEFT. **REMANDED** to custody of the U.S. MARSHAL.  Select one of the following **ONLY** after Defendants **1st** appearance:

          ____ LC   _X_ LO (State, Local, Immigration/Naturalization Service or other Federal Authorities)

(Rev/rzh 01/05)