U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 0 7 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 07-M-240 (RFT) |
| v. | |
| JOHN COURTNEY, | (Hon. Randolph F. Treece) |
| | STIPULATION AND ORDER |
| Defendant. | FOR ENLARGEMENT OF TIME |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION

It is hereby stipulated and agreed, by and between the defendant, JOHN COURTNEY, by Andrew R. Safranko, Esq., defense counsel, and Glenn T. Suddaby, United States Attorney for the Northern District of New York, by Terrence M. Kelly, Assistant United States Attorney, that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including thirty (30) days from the date of the signing of this Order and that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in that the additional time is needed to discuss a resolution to the case.

The chronology of this case is as follows:

a. Date of complaint: July 13, 2007

b. Date of initial appearance: July 14, 2007

c. Defendant custody status: Released on conditions.

 i. Date United States moved for detention: July 17, 2007

 ii. Date of detention hearing: July 17, 2007

 iii. Date detention decision issued: July 17, 2007

d. Prior enlargements of time and exclusions under the Speedy Trial Act: None.

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: _____August 1_____, 2007

          GLENN T. SUDDABY
          United States Attorney

By:  TERRENCE M. KELLY
   Assistant U.S. Attorney
   Bar Roll No.

   ANDREW R. SAFRANKO, ESQ.
   Attorney for JOHN COURTNEY
   Bar Roll No. 510803

## ORDER

Based on the foregoing stipulation and the following findings, it is hereby ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including thirty (30) days from the date of the signing of

this Order and that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stipulated above.

SO ORDERED:

Dated: August 1, 2007

_____
Hon. Randolph F. Treece
United States Magistrate Judge