# O'CONNELL AND ARONOWITZ
### ATTORNEYS AT LAW

54 STATE STREET, ALBANY, NEW YORK 12207-2501

(518) 462-5601   FAX: (518) 462-2670

www.oalaw.com   info@oalaw.com

206 WEST BAY PLAZA, PLATTSBURGH, NEW YORK 12901

(518) 562-0600   FAX: (518) 562-0657



EDWARD J. O'CONNELL 1925-39
SAMUEL E. ARONOWITZ 1925-73
LEWIS A. ARONOWITZ 1951-79

CORNELIUS D. MURRAY
NEIL H. RIVCHIN
PETER DANZIGER
FRED B. WANDER
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
WILLIAM A. FAVREAU
THOMAS J. DiNOVO
NANCY SCIOCCHETTI
PAMELA A. NICHOLS
MARK G. RICHTER
DONALD W. BIGGS
JAMI DURANTE ROGOWSKI
TINA CHERICONI VERSACI
HEIDI DENNIS
ANDREW R. SAFRANKO
JANE BELLO BURKE

OF COUNSEL

RICHARD H. WEISKOPF
PETER HENNER
MICHAEL P. McDERMOTT
DAVID R. ROSS

JAMES A. SHANNON
YVONNE E. MARCIANO
KEVIN P. HICKEY
TIMOTHY S. HART
WILLIAM F. BERGLUND
ROBERT J. SENSKA, III
ROBYN B. NICOLL
BRENDAN J. TULLY
HEATHER A. TOMES
KELLY J. MIKULLITZ
KELLY A. O'DELL

FRANCESCA SOMMER*
(HEALTH CARE AND
REGULATORY ADVISOR)
*NOT A MEMBER OF THE LEGAL
PRACTICE

April 9, 2008

**VIA ELECTRONIC FILING**
Hon. Randolph F. Treece
United States Magistrate Judge
United States District Court
Northern District of New York
445 Broadway
Albany NY  12207

Re:   **United States of America v. John Courtney**
      **Case No. 07-M-240 (RFT)**

Dear Judge Treece:

This office represents John Courtney regarding the above-referenced matter. I request permission for Mr. Courtney to attend a trip with his family to Orlando, Florida from Saturday, April 12, 2008 to Saturday, April 19, 2008. United States Probation Officer Ronald F. LaCoy and AUSA Edward Grogan have no objection to this request. Mr. Courtney does not have any scheduled court appearances during this time frame.

If this trip is acceptable to Your Honor, please "so order" this letter allowing Mr. Courtney to travel from his residence in Champlain, New York to Orlando, Florida from April 12, 2008 to April 19, 2008.

Please do not hesitate to contact me if you have any questions or require additional information. Thank you for your consideration of this matter

Very truly yours,

O'CONNELL AND ARONOWITZ

By: _____
Andrew R. Safranko

# O'CONNELL AND ARONOWITZ
ATTORNEYS AT LAW



April 9, 2008

cc: Michael Hendrie
    Ronald F. LaCoy, U.S. Probation & Parole Officer
    Edward P. Grogan, Assistant U.S. Attorney

Dated: April     , 2008

SO ORDERED:

_____
Hon. Randolph F. Treece
U.S. Magistrate Judge

G:\DATA\ATTORNEY\Ars\Courtney\Request for vacation_ltr.doc