**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 18 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

3/12/2010
Postmark Here

07mj 240
#884

Sent To: John Courtney
Street, Apt. No.; or PO Box No. 476 Route 11
City, State, ZIP+4 Champlain, NY 12917

PS Form 3800, January 2001     See Reverse for Instructions

7002 0510 0003 4362 6454

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Courtney
476 Route 11
Champlain, NY 12917

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): M. Parrotte
B. Date of Delivery: 3/15/10
C. Signature X Maria R. Parrotte
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7002 0510 0003 4362 6454

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789